Richard J. Schneider, Esq.
Daley & Heft, LLP
462 Stevens Avenue, Suite 201

Solana Beach, CA 92075
858-755-666

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARALEE HANNAH | CASE NUMBER |
| | 2:06-cv-00571-LKK-GGH |
| v.     Plaintiff(s) | |
| WESTERN GATEWAY REGIONAL RECREATION PARK DISTRICT, et al. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

COUNTY OF NEVADA
*Name of Party*

Plaintiff __ X Defendant __ Other __

hereby substitutes Richard J. Schneider, Esq. who is

X Retained Counsel __ Court Appointed Counsel __ Pro Per   462 Stevens Avenue, Suite 201
*Street Address*

Solana Beach, CA 92075     858-755-5666     858-755-7870     118580
*City, State, Zip Code*      *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Edward Kiernan, Esq.
*Present Attorney*

Dated: May 19, 2006

*Signature of Party*
County of Nevada

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/19/06

*Signature of Present Attorney*
Edward Kiernan, Esq.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 5/24/06

*Signature of New Attorney*
Richard J. Schneider, Esq.

Substitution of Attorney is hereby  X Approved.  __ Denied.

Dated: 6/1/06

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as Information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                                                      CCD-G1