UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURA-LEE HANNAH,

                                  NO. CIV. S-06-571 LKK/DAD

       Plaintiff,

    v.

WESTERN GATEWAY REGIONAL
RECREATION PARK & DISTRICT;
and COUNTY OF NEVADA,

       Defendants.
_____/

<u>**STATUS (PRETRIAL SCHEDULING) ORDER**</u>

    Pursuant to court order, a Status (pretrial scheduling) Conference was held in Chambers on June 5, 2006.  SCOTT HUBBARD appeared as counsel for plaintiff; ANNIE PERRIGO appeared as counsel for defendants.  After hearing, the court makes the following findings and orders:

    <u>**FURTHER STATUS CONFERENCE**</u>

    A further Status Conference is now SET for June 26, 2006 at 2:30 p.m.  The parties are reminded of their obligation to file and

1   serve status reports not later than ten (10) days preceding the

2   conference.

3        IT IS SO ORDERED.

4        DATED: June 6, 2006.

5                                    _____

6                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
7                                    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    2