Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA-LEE HANNAH,<br><br>    Plaintiff,<br><br>    vs.<br><br>WESTERN GATEWAY REGIONAL RECREATION PARK & DISTRICT; COUNTY OF NEVADA.<br><br>    Defendants. | CIV.S 06-0571 LKK GGH<br><br>**Stipulation to Amend Plaintiff's Complaint and Order Thereon** |

The parties, subject to approval of the Court, stipulate as follows:

1. Plaintiff brought this action concerning Western Gateway Park on March 17, 2006 located at 18650 Penn Valley Road in Penn Valley, California.

2. Plaintiff initially sought relief under Title III of the Americans with Disabilities Act ("ADA"); however, as this Court is aware, Title II and the Rehab Act govern discrimination claims against the disabled.

*Hannah v. Western Gateway Park, et al.*, Case No. CIV.S 06-0571 LKK GGH
Stipulation to Amend the Complaint

- 1 -

| | |
|---|---|
|1| 3. The parties hereby request that this Court allow plaintiff to amend her complaint to add a cause of action under Title II and to add a cause of action under the Rehab Act. Attached as Exhibit A is a true and correct copy of plaintiff's proposed Amended Complaint (exhibits omitted).|

Dated: _____, 2006     LAW OFFICES OF LYNN HUBBARD

/signature on original
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

Dated: _____, 2006     DALEY & HEFT, LLP

/signature on original
RICHARD J. SCHNEIDER
Attorney for Defendant
WESTERN GATEWAY REGIONAL
RECREATION PARK & DISTRICT and
COUNTY OF NEVADA

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Plaintiff shall amend her Complaint within ten (10) days of this Order.

Dated: June 14, 2006.

Lawrence K. Karlton
Senior Judge