Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

Richard J. Schneider, SBN 118580
**Daley & Heft, LLP**
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870

Attorneys for Defendant
WESTERN GATEWAY REGIONAL
RECREATION PARK & DISTRICT
and COUNTY OF NEVADA

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA-LEE HANNAH,<br><br>　　Plaintiff,<br><br>vs.<br><br>WESTERN GATEWAY REGIONAL RECREATION PARK & DISTRICT; COUNTY OF NEVADA,<br><br>　　Defendants. | CIV.S 06-0571 LKK GGH<br><br>**Stipulation to Continue the Status Conference and Order Thereon**<br><br>Date:　June 26, 2006<br>Time:　2:30 p.m.<br>Ctrm:　4 |

1    It is hereby stipulated by and between plaintiff, Laura-Lee Hannah ("plaintiff"), and defendants, Western Gateway Regional Recreation Park & District and County of Nevada ("defendants") and their respective counsel, that the date for the status conference be continued for fourteen (14) days.

The parties make this request due to the fact that Plaintiff's counsel, Scottlynn J Hubbard, IV, will be in Beijing, China on June 26, 2006 and will unable to attend the status conference.

Dated: June 16, 2006          LAW OFFICES OF LYNN HUBBARD

                                      /s/ Scott Hubbard, Esquire          /
                                      SCOTTLYNN J HUBBARD, IV
                                      Attorney for Plaintiff

Dated: June 16, 2006          DALEY & HEFT, LLP

                                      /s/ Richard Schneider, Esquire          /
                                      RICHARD J. SCHNEIDER
                                      Attorney for Defendants
                                      WESTERN GATEWAY REGIONAL
                                      RECREATION PARK & DISTRICT
                                      and COUNTY OF NEVADA

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Status Conference is CONTINUED to July 17, 2006 at 10:00 a.m., with the status reports to be filed ten (10) days prior to the conference.

Dated: June 20, 2006

                                      Lawrence K. Karlton
                                      Senior Judge

Hannah v. Western Gateway, et al., CIV.S 06-0571 LKK DAD
Stipulation to Continue the Status Conference
Page 2