UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA-LEE HANNAH,

        Plaintiff,

    v.

WESTERN GATEWAY REGIONAL
RECREATION PARK & DISTRICT;
and COUNTY OF NEVADA,

        Defendants.

        /

NO. CIV. S-06-571 LKK/GGH

O R D E R

On July 24, 2007 a telephonic conference was held with both parties. At that conference, the court ORDERED as follows:

1. All previously set dates are VACATED.
2. The discovery deadline is CONTINUED to November 19, 2007, with expert disclosure sixty (60) days prior.
3. The Law and Motion cut off date is CONTINUED to January 19, 2008.
4. The pretrial conference is hereby SET for April 21, 2008 at 3:30 p.m.

////

1

5.  Trial is SET for July 22, 2008.  Trial is expected to last four days.

IT IS SO ORDERED.

DATED: July 30, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT