UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAURA-LEE HANNAH,

                                          NO. CIV. S-06-571 LKK/DAD

    Plaintiff,

   v.                                           O R D E R

WESTERN GATEWAY REGIONAL
RECREATION PARK & DISTRICT;
and COUNTY OF NEVADA,

    Defendants.
                               /

    The motion to dismiss currently set for September 24, 2007 is hereby CONTINUED to September 28, 2007 at 10:00 a.m.

    The opposition shall be due on September 10, 2007 at 5:00 p.m. The reply, if any, shall be due on September 17, 2007 at 5:00 p.m.

    IT IS SO ORDERED.

    DATED: August 13, 2007

                                                 LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT