| | |
|---|---|
| 1 | DALEY & HEFT, LLP, ATTORNEYS AT LAW |
| | RICHARD J. SCHNEIDER ESQ. (118580) |
| 2 | DON H. NGUYEN, ESQ. (SBN 248824) |
| | 462 STEVENS AVENUE, SUITE 201 |
| 3 | SOLANA BEACH, CA 92075 |
| | TELEPHONE: (858) 755-5666 |
| 4 | FACSIMILE: (858) 755-7870 |

Attorneys for Defendant
WESTERN GATEWAY REGIONAL
RECREATION PARK & DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA-LEE HANNAH, | Case No. 2:06-CV-00571-LKK-GGH |
| Plaintiff, | **ORDER RE: STIPULATION TO TAKE DEPOSITION OF LAURA-LEE HANNAH AND ROBERT HANNAH BEYOND THE DISCOVERY CUT-OFF DATE** |
| vs. | |
| WESTERN GATEWAY REGIONAL RECREATION PARK & DISTRICT; COUNTY OF NEVADA, | **COURTROOM: 4** |
| | **ICJ : Lawrence K. Karlton** |
| Defendants. | **T/D : Not Set** |
| | **[Action filed 3/17/06]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. Defendants WESTERN GATEWAY REGIONAL RECREATION PARK & DISTRICT shall have until December 19, 2007 to take the depositions of Plaintiff LAURA-LEE HANNAH and ROBERT HANNAH.

2. Nothing in this Order shall be construed to effect any other dates set forth in the Court's Scheduling Order.

Dated: November 26, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT