1 | DALEY & HEFT, LLP, ATTORNEYS AT LAW
RICHARD J. SCHNEIDER ESQ. (118580)
2 | DON H. NGUYEN, ESQ. (SBN 248824)
462 STEVENS AVENUE, SUITE 201
3 | SOLANA BEACH, CA 92075
TELEPHONE: (858) 755-5666
4 | FACSIMILE: (858) 755-7870

5 | Attorneys for Defendant
WESTERN GATEWAY REGIONAL
6 | RECREATION PARK & DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA-LEE HANNAH,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN GATEWAY REGIONAL<br>RECREATION PARK & DISTRICT;<br>COUNTY OF NEVADA,<br><br>    Defendants. | Case No. 2:06-CV-00571-LKK-GGH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**COURTROOM: 4**<br>**ICJ : Lawrence K. Karlton**<br>**T/D : Not Set**<br><br>**[Action filed 3/17/06]** |

Plaintiff, LARALEE HANNAH (hereinafter "Plaintiff"), and Defendants, WESTERN GATEWAY REGIONAL PARK & DISTRICT and COUNTY OF NEVADA (hereinafter "Defendants"), by and through their attorneys of record, hereby stipulate that this Court enter a

///
///
///
///
///
///
///
///
///

1

dismissal **with prejudice** of Plaintiff's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: December 5, 2007  LAW OFFICES OF LYNN HUBBARD

By: */s/ Lyunn Hubbard, III*
  LYNN HUBBARD, III
  Attorney for Plaintiff, LARALEE HANNAH

Dated: December 5, 2007  DALEY & HEFT LLP

By: */s/ Don H. Nguyen for*
  RICHARD J. SCHNEIDER
  DON H. NGUYEN
  Attorneys for Defendants
  WESTERN GATEWAY REGIONAL PARK&
  DISTRICT and COUNTY OF NEVADA

**HAVING READ THE FOREGOING STIPULATION**, and good cause appearing, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice.

**IT IS SO ORDERED.**

Dated: December 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT